cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MCBROOM,           )<br>                                       )<br>            Plaintiff,        )<br>v.                                    )<br>                                       )<br>UNITED STATES OF AMERICA, et al.,  )<br>                                       )<br>            Defendants.    )<br>_____) | Civil No. 07cv0254 WQH (AJB)<br><br>ORDER FOLLOWING SETTLEMENT<br>STATUS CONFERENCE |

On December 10, 2007, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Bruce Cornblum, Esq. and Nancy McBroom on behalf of plaintiff; Kathy Snyder, Esq. on behalf of the U.S.

A full and final settlement was reached in the case. The settlement is binding and judicially enforceable in that it was agreed to before the Court.

Counsel will now prepare the necessary documents and move to dismiss the case as soon as practicable. The Court sets a telephonic Settlement Disposition Conference for *February 13, 2008 at 9:00 a.m.* If a dismissal of the action is tendered to the Court prior to the February 13, 2008 conference, it will be vacated. Plaintiff's counsel is responsible to set up the call for the next conference was necessary.

IT IS SO ORDERED.

DATED: December 11, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court