# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY McBROOM, | CASE NO. 07CV254 WQH (AJB) |
| Plaintiff, | ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

HAYES, Judge:

On February 8, 2007, Plaintiff Nancy McBroom filed the Complaint in this matter against Defendant United States of America. (Doc. # 1). On February 12, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 18).

Good cause appearing, the joint motion to dismiss (Doc. # 18) is GRANTED. Pursuant to the joint motion (Doc. # 18), this action is hereby DISMISSED in its entirety and with prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: February 19, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge